# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN RE:     ROBERT LEON GRAHAM, JR. | CASE NO. 2:23-bk-70466 |
| NATASHA GAIL GRAHAM | CHAPTER 13 |

## AGREED ORDER SUSTAINING OBJECTION TO CONFIRMATION OF PLAN

Now pending before this Court is the Objection to Confirmation of Plan (Doc. 42) (the "**Objection**") filed by Stone Bank (the "**Bank**"). After full and due consideration of the pleadings and exhibits filed herein, agreement of the parties, and other matters, this Court finds and orders as follows:

1. Debtors and the Bank have agreed to sustain the Objection upon the terms set forth herein, and the Objection is hereby sustained.

2. Debtors have up to and including September 29, 2023, to file an amended plan, which amended plan will provide that Debtors surrender their two acres, more or less, of real estate located in Franklin County, Arkansas.

3. If the aforementioned amended plan is not filed within the time described in this Order, the Bank's counsel may give Debtors' counsel notice of the failure to comply with this Order. If the failure is not cured within ten (10) days after notice is given, this case may be dismissed without further notice or hearing upon the filing of an *ex parte* motion to dismiss by the Bank with the Court.

**IT IS SO ORDERED.**

Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 09/11/2023

CC:     Attorney for Debtor(s)
        Debtor(s)
        Trustee
        Attorney for Creditor(s)

**APPROVED:**

**HOPKINS CASTSTEEL PLC**
Attorneys at Law
1000 West Second Street
Little Rock, Arkansas 72201
www.hopkinslawfirm.com
Telephone: (501) 375-1517
Facsimile:  (501) 375-0231
Email: rcaststeel@hopkinslawfirm.com

**By:    /s/ Ryan J. Caststeel**
        **Ryan J. Caststeel**
        Arkansas Bar No. 2007212
        *Attorney for Stone Bank*

**/s/**    Joel Hargis, Esq. (added with permission)
        **Joel Hargis, Esq.**
        *Attorney for Debtors*


Joyce Babin, Chapter 13 Standing Trustee

By:    /s/ Brad Chafin (added with permission)
        Staff Attorney