**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

IN RE: ROBERT LEON GRAHAM, JR. and NATASHA GAIL GRAHAM     CASE NO: 2:23-bk-70466 R
        DEBTORS     CHAPTER 13

**CHAPTER 13 ORDER**
**TO MODIFY CHAPTER 13 PLAN**

Before the court is the Objection to Confirmation, Docket Entry 56, filed on September 08, 2023, by the Trustee. The objection was set for hearing on January 17, 2024. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation of Plan is sustained. The debtors are granted 28 days from the date of this Order to file a modification to the plan. Failure to file the modification within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date: January 25, 2024       /s/ BIANCA M. RUCKER
        BIANCA M. RUCKER
        United States Bankruptcy Judge

cc: Joyce Bradley Babin, Trustee

    Caddell Reynolds, P.A.
    P O Box 184
    Fort Smith, AR 72902

    ROBERT LEON GRAHAM, Jr. and NATASHA GAIL GRAHAM
    4700 Boone Rd
    Greenwood, AR 72936